Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  16−31204−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael J. Smith
   aka Michael Smith, aka Mike Smith, aka
   Michael I Smith
   720 Division Street
   Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−9215

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                June 9, 2020
Time:              10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*73* – Certification in Opposition to (related document:72 Creditor's Certification of Default filed by Melissa S DiCerbo on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company. Objection deadline is 05/26/2020. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company) filed by S. Daniel Hutchison on behalf of Michael J. Smith. (Hutchison, S.)

and transact such other business as may properly come before the meeting.


Dated: May 14, 2020
JAN: kaj

                                          Jeanne Naughton
                                          Clerk