| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Melissa S. DiCerbo, Esq. (Atty. I.D.#MSD4070)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: Bayview Loan Servicing, LLC, a Delaware Limited Liability Company | Order Filed on June 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>Michael J. Smith aka Michael Smith aka Mike Smith aka Michael I. Smith<br>　　　Debtor | Case No.: 16-31204-ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg Jr. |

# ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: June 23, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): Michael J. Smith aka Michael Smith aka Mike Smith aka Michael I. Smith
Case No: 16-31204-ABA
Caption of Order:  ORDER VACATING STAY

---

Upon the Certification of Default filed by Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, or its successors or assignees, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒   Real property more fully described as:
   720 Division Street, Gloucester City, New Jersey 08030

ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property.

☐   Personal property more fully described as:

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J. Smith  
      Debtor

Case No. 16-31204-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db           +Michael J. Smith,    720 Division Street,    Gloucester City, NJ 08030-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
       Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Marisa Myers Cohen    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com  
       Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY rsolarz@kmllawgroup.com  
       S. Daniel Hutchison    on behalf of Debtor Michael J. Smith sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawparal@outlook.com;hutchisonsr39026@notify.bestcase.com  
                                                                TOTAL: 9