UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor USAA Federal Savings Bank

In Re:

Michael J. Smith

Debtor,

Case No.: 16-31204-ABA

Adversary No.: _____

Chapter: 13

Judge: Andrew B. Altenburg Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    USAA Federal Savings Bank
(Example: John Smith, creditor)

    Old address:    USAA Federal Savings Bank
C/O Weinstein & Riley, PS
2001 Western Ave, Suite 400
Seattle, WA 98121

    New address:    (Notices) USAA Federal Savings Bank
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Phone: 470-321-7112

(Payments) Credit Card Payment Processing - USAA Federal Saving Bank
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PO Box 272410
Boca Raton, FL  33427
Phone: 561-241-6901

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   11/29/2021                    /s/ Harold Kaplan
                                                    Signature

*rev.2/1/16*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Michael J. Smith
720 Division Street
Gloucester City, NJ 08030

And via electronic mail to:

S. Daniel Hutchison
Law Office of S. Daniel Hutchison
135 North Broad St.
Woodbury, NJ 08096

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002


By: /s/ Stephanie Mikos

*rev.2/1/16*