| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Michael J. Smith | Case No. | 16-31204 |
|  | Chapter: | 13 |
|  | Judge: | ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Michael J. Smith_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☑ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   12/07/2021                                   /s/Michael J. Smith
                                                     Michael J. Smith
                                                     Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**