**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

Order Filed on January 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael J. Smith aka Michael Smith

| | |
|---|---|
| Case No: | 16-31204 |
| Chapter: | 13 |
| Hearing Date: | 01/04/2022 |
| Judge: | ABA |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 4, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 720 Division Street, Gloucester City NJ 08030

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: Synchrony Bank

    b.  Current Assignee: Midland Funding LLC

    c.  Current Servicer: N/A

    d.  Date of Mortgage/Lien: on or about February 26, 2016

    e.  Date of Recordation: on or about June 21, 2016

    f.  Place of Recordation: Clerk, Superior Court of New Jersey

      i.  ~~Mortgage Book:~~ Docket No: DC-000061-16

      ii. ~~Page:~~ Judgment No: DJ-125941.16

    g.  Original Principal Balance of Mortgage/Lien: $ 3,328.15

---

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 16-31204-ABA

Michael J. Smith                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                            Page 1 of 2

Date Rcvd: Jan 04, 2022                 Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael J. Smith, 720 Division Street, Gloucester City, NJ 08030-2336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Celine P. Derkrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com |
| Harold N. Kaplan | on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com  informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, informationathnk@aol.com |

District/off: 0312-1                           User: admin                                    Page 2 of 2
Date Rcvd: Jan 04, 2022                        Form ID: pdf903                                 Total Noticed: 1

Isabel C. Balboa
        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marisa Myers Cohen
        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
        on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com,
nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY
rsolarz@kmllawgroup.com

S. Daniel Hutchison
        on behalf of Debtor Michael J. Smith sdhteamlaw@outlook.com
backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

William E. Craig
        on behalf of Creditor Santander Consumer USA Inc. mortoncraigecf@gmail.com  mortoncraigecf@gmail.com


TOTAL: 13