**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael J. Smith <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9215 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–31204–ABA | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Michael J. Smith
> aka Michael Smith, aka Mike Smith, aka Michael
> I Smith

5/9/22                                                                      **By the court:** Andrew B. Altenburg Jr.
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Michael J. Smith  
    Debtor

Case No. 16-31204-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 4  
Date Rcvd: May 09, 2022          Form ID: 3180W          Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Smith, 720 Division Street, Gloucester City, NJ 08030-2336 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 516647447 | | Apex Asset Management, LLC, Virtua Health System WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 516552280 | + | CAMDEN COUNTY MUA, 1645 FERRY AVE, CAMDEN NJ 08104-1311 |
| 516484711 | | Cross Keys Urgent Care, 33 Tilton Road, Northfield, NJ 08225 |
| 516585326 | + | Gloucester City Tax Office, c/o Brett Wiltsey, Esquire, Dilworth Paxson LLP, 457 Haddonfield Road - Suite 700, Cherry Hill, NJ 08002-2221 |
| 516484715 | | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, POB 500, Eatontown, NJ 07724-0500 |
| 516484716 | | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 516484718 | + | Jessica L. Smith, 720 Division Street, Gloucester City, NJ 08030-2336 |
| 516484721 | + | Nehlig's Furniture, c/o President, Owner, Manager, 204 N. White Horse Pike, Stratford, NJ 08084-1299 |
| 516484728 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518968314 | + | Santander Consumer USA Inc., Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 516484730 | | Sunoco- Citi- Bankruptcy Dept, POB 6497, Sioux Falls, SD 57117-6497 |
| 519327316 | + | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 519327317 | + | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042 U.S. BANK TRUST NATIONAL ASSOCIATION 77042-4546 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 09 2022 20:36:00 | USAA Federal Savings Bank, RAS Crane, LLC, 10700 Abbott's Bridge Road, suite 170, Duluth, GA 30097-8461 |
| 516484707 | | Email/PDF: bncnotices@becket-lee.com | May 09 2022 20:39:41 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 516637767 | | Email/PDF: bncnotices@becket-lee.com | May 09 2022 20:40:01 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516660107 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2022 20:39:53 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516484708 | + | EDI: LCIBAYLN | May 10 2022 00:33:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd 5th Floor, Coral Gables, FL |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 516484709 | | EDI: CAPITALONE.COM | May 10 2022 00:33:00 | 33146-1873 Capital One Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516484710 | + | EDI: CAPITALONE.COM | May 10 2022 00:33:00 | Capital One Bank USA, Attn: CEO Richard D Fairbank, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 516514162 | | EDI: CAPITALONE.COM | May 10 2022 00:33:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516484712 | + | EDI: DISCOVER.COM | May 10 2022 00:33:00 | Discover Bank, Attn: David Nelms CEO, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 516484713 | + | EDI: DISCOVER.COM | May 10 2022 00:33:00 | Discover Bank, Attn: Roger C Hochschild, President, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 516484714 | | Email/Text: fnb.bk@fnfg.com | May 09 2022 20:36:00 | First Niagara Bank, PO Box 514, Lockport, NY 14095-0514 |
| 516484717 | | EDI: IRS.COM | May 10 2022 00:33:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516614319 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2022 20:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516484720 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2022 20:36:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 516484719 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2022 20:36:00 | Midland Funding LLC, c/o Midland Credit Management, Inc., Attn: J Brandon Black, CEO, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516536946 | + | EDI: AGFINANCE.COM | May 10 2022 00:33:00 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 516484722 | | EDI: AGFINANCE.COM | May 10 2022 00:33:00 | Onemain Financial, Attn: Bankruptcy Department, PO Box 1010, Evansville, IN 47706-1010 |
| 516484725 | | Email/Text: signed.order@pfwattorneys.com | May 09 2022 20:36:00 | Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 516484723 | | Email/Text: signed.order@pfwattorneys.com | May 09 2022 20:36:00 | Pressler and Pressler LLP, Re: DC 00173515, 7 Entin Road, Parsippany, NJ 07054 |
| 516484726 | | Email/Text: signed.order@pfwattorneys.com | May 09 2022 20:36:00 | Pressler and Pressler LLP, Re: DJ 125941-16, 7 Entin Road, Parsippany, NJ 07054 |
| 516484724 | | Email/Text: signed.order@pfwattorneys.com | May 09 2022 20:36:00 | Pressler and Pressler LLP, Re: Midland Funding DC000061 16, 7 Entin Road, Parsippany, NJ 07054 |
| 516484727 | + | Email/Text: bankruptcy@pseg.com | May 09 2022 20:36:00 | PSE&G, Attn: Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 516484731 | | EDI: RMSC.COM | May 10 2022 00:33:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 516484732 | + | EDI: RMSC.COM | May 10 2022 00:33:00 | SYNCB/SAMS Club, PO Box 965005, Orlando, FL 32896-5005 |
| 516484733 | + | EDI: RMSC.COM | May 10 2022 00:33:00 | SYNCB/Sleep Number, PO Box 965036, Orlando, FL 32896-5036 |
| 516484729 | | Email/Text: enotifications@santanderconsumerusa.com | May 09 2022 20:36:00 | Santander Consumer USA, ATTN Bankruptcy Department, PO Box 560284, Dallas, TX 75356-0284 |
| 516533402 | + | Email/Text: enotifications@santanderconsumerusa.com | May 09 2022 20:36:00 | Santander Consumer USA Inc, PO Box 961245, Fort Worth TX 76161-0244 |
| 516484734 | + | EDI: USAA.COM | May 10 2022 00:33:00 | USAA Savings Bank, PO Box 33009, San |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 09, 2022 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Antonio, TX 78265-3009 |
| 516661765 | + Email/Text: RASEBN@raslg.com | | | |
| | | | May 09 2022 20:36:00 | USAA Savings Bank, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road Suite 170, Duluth, GA 30097-8461 |
| 516522338 | EDI: WFFC.COM | | | |
| | | | May 10 2022 00:33:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 516484735 | EDI: WFFC.COM | | | |
| | | | May 10 2022 00:33:00 | Wells Fargo Dealer Service, Attn Correspondence-Bankruptcy Dept, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |
| 516484736 | + EDI: WFFC.COM | | | |
| | | | May 10 2022 00:33:00 | Wells Fargo Dealer Svcs- Bankruptcy Dept, POB 1697, Winterville, NC 28590-1697 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bayview Loan Servicing, 4425 Ponce De Leon Blvd., 5th Fl., Coral Gables, FL 33146-1873 |
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 516484706 | ##+ | Allied Interstate, LLC, 7525 West Campus Road, New Albany, OH 43054-1121 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Celine P. Derkrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com |
| Harold N. Kaplan | on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1     User: admin     Page 4 of 4
Date Rcvd: May 09, 2022     Form ID: 3180W     Total Noticed: 49

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
     on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marisa Myers Cohen
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
     on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY rsolarz@kmllawgroup.com

S. Daniel Hutchison
     on behalf of Debtor Michael J. Smith sdhteamlaw@outlook.com
     backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

William E. Craig
     on behalf of Creditor Santander Consumer USA Inc. mortoncraigecf@gmail.com mortoncraigecf@gmail.com

TOTAL: 13