Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                        Case No.: 16−31204−ABA
                                        Chapter: 13
                                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael J. Smith
   aka Michael Smith, aka Mike Smith, aka
   Michael I Smith
   720 Division Street
   Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−9215

Employer's Tax I.D. No.:

---

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 8, 2022</u>                      <u>Andrew B. Altenburg Jr.</u>
                                                  Judge, United States Bankruptcy Court